IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AEROTEK, INC.,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:18-cv-02645-GEKP |
| | : | |
| v. | : | |
| | : | |
| **BEACON HILL STAFFING GROUP, LLC,** | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING DEFENDANT, BEACON HILL'S MOTION TO DISMISS
PURSUANT TO FEDERAL RULE 12(b)(6) AND/OR 12(b)(7),
OR IN THE ALTERNATIVE, MOTION TO STAY**

AND NOW, this ____ day of _____, 2018 , upon consideration of the Motion by Defendant, Beacon Hill Staffing Group LLC for an Order dismissing the Complaint pursuant to Federal Rule 12(b)(6) for failure to state a claim and/or 12(b)(7) for failure to join a party under Rule 19, and/or Motion to Stay and supporting memorandum, and the Plaintiff's response thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Complaint is DISMISSED.

BY THE COURT

_____
J.

{M1810033.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AEROTEK, INC.,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:18-cv-02645-GEKP |
| | : | |
| v. | : | |
| | : | |
| **BEACON HILL STAFFING GROUP, LLC,** | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING DEFENDANT, BEACON HILL'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(6) AND/OR 12(b)(7), OR IN THE ALTERNATIVE, MOTION TO STAY

AND NOW, this _____ day of _____, 2018 , upon consideration of the Motion by Defendant, Beacon Hill Staffing Group LLC for an Order dismissing the Complaint pursuant to Federal Rule 12(b)(6) for failure to state a claim and/or 12(b)(7) for failure to join a party under Rule 19, and/or Motion to Stay and supporting memorandum, and the Plaintiff's response thereto,

IT IS HEREBY ORDERED that this action is stayed pending resolution of the action in United States District Court for the District of Maryland *Aerotek, Inc. v. Obercian*, 1:17-cv-00926-GLR.

BY THE COURT

_____
J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROTEK, INC., : | |
| : | |
| Plaintiff, : | Civil Action No. 2:18-cv-02645-GEKP |
| : | |
| v. : | |
| : | |
| BEACON HILL STAFFING : | |
| GROUP, LLC, : | |
| : | |
| Defendant. : | |

### MOTION OF DEFENDANT, BEACON HILL STAFFING GROUP, LLC TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND/OR 12(b)(7) OR IN THE ALTERNATIVE, MOTION TO STAY

Defendant, Beacon Hill Staffing Group, LLC ("Beacon Hill") through its counsel, Eckert Seamans Cherin & Mellott, LLC, moves this Court to dismiss Plaintiff's Amended Complaint, on the following bases: (1) failure to state a claim pursuant Fed. R. Civ. P. 12(b)(6); and (2) failure to join party under Rule 19, or in the alternative, Beacon Hill seeks a stay of this action pending resolution of the related action in United States District Court for the District of Maryland *Aerotek, Inc. v. Obercian*, 1:17-cv-00926-GLR.

The reasons and law supporting this Motion are more fully set forth in the attached Memorandum of Law which is incorporated herein by reference. Defendant Beacon Hill requests this Court grant its Motion to Dismiss and dismiss Plaintiff's Complaint against it, or in the alternative, to stay this action.

                         ECKERT SEAMANS CHERIN &
                                MELLOTT, LLC

By: /s/ Elizabeth S. Gallard
     Elizabeth S. Gallard
     Attorney I.D. No. 63258
     Two Liberty Place
     50 South 16th Street, 22nd Floor
     Philadelphia, PA 19102
     Tel: (215) 851-8418
     Fax: (215) 851-8383
     egallard@eckertseamans.com

     *Attorney for Defendant*
     *Beacon Hill Staffing Group, LLC*

Date: September 14, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and serve the foregoing document upon the following:

>Jonathan L. Shaw, Esquire
>LITTLER MENDELSON, P.C.
>Three Parkway
>1601 Cherry Street, Suite 1400
>Philadelphia, PA 19102

>/s/ Elizabeth S. Gallard
>Elizabeth S. Gallard

{M1810033.1}