# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AEROTEK, INC., | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| BEACON HILL STAFFING | : | |
| GROUP, LLC, | : | NO. 18-2645 |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 1st day of April, 2019, upon consideration of Defendant Beacon Hill Staffing Group, LLC's Motion to Dismiss (Doc. No. 15), Plaintiff Aerotek, Inc.'s response thereto (Doc. No. 18), and Beacon Hill's reply (Doc. No. 21), and following an oral argument on February 21, 2019, **it is ORDERED** that:

1. The Motion (Doc. No. 15) is **GRANTED IN PART AND DENIED IN PART** as set out in the accompanying Memorandum;

2. This case is **STAYED** pending the resolution of *Aerotek, Inc. v. Obercian*, Civ. No. 17-926 (D. Md.);[1]

3. The Clerk of the Court shall place this case in **SUSPENSE**; and

4. The parties shall update the Court in writing within seven (7) days of the resolution of *Aerotek, Inc. v. Obercian*, Civ. No. 17-926 (D. Md.).

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court retains the right to re-open this case, *sua sponte* or upon motion, if the stay extends too long.